ACCEPTED
03-14-00716-CV
3919973
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 3:59:09 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00716-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 3:59:09 PM
JEFFREY D. KYLE
Clerk

# In The Third Court of Appeals
# Austin, Texas

**JANOS FARKAS,**

*Appellant,*

**v.**

**WELLS FARGO BANK, N.A., AND BRICE VANDER LINDEN & WERNIC, P.C., N/KA/ BUCKELY MADOLE, P.C.**

*Appellees.*

_____

*Cause No. D-1-GN-11-003692*
*On Appeal from the 201st Judicial District Court, Travis County, Texas*
*The Honorable Lora J. Livingston, Judge Presiding*

_____

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule 6.2 of the Texas Rules of Appellate Procedure, Susan A. Kidwell of Locke Lord LLP hereby files this Notice of Appearance as Additional Counsel for Appellee Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A. is also represented by B. David L. Foster.

Respectfully submitted,

**LOCKE LORD LLP**

By: /s/ Susan A. Kidwell
     B. David L. Foster
      State Bar No. 24031555
     dfoster@lockelord.com
     Susan A. Kidwell
      State Bar No. 24032626
      skidwell@lockelord.com
     LOCKE LORD LLP
     600 Congress Avenue, Suite 2200
     Austin, Texas 78701
     Telephone: (512) 305-4700
     Facsimile:  (512) 305-4800

     **COUNSEL FOR APPELLEE**
     **WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I certify that on January 27, 2015 a true and correct copy of the foregoing was

served by EfileTx.gov upon the following:

| | |
|---|---|
| William D. Davis | Luke Madole |
| bdavis@capital-ip.com | Luke.Madole@BuckleyMadole.com |
| Davis & Associates | Buckley Madole, P.C. |
| P.O. Box 1093 | 9441 LBJ Freeway, Suite 250 |
| Dripping Springs, Texas 78620 | Dallas, Texas 75243 |

**ATTORNEY FOR APPELLANT**
**JANOS FARKAS**

**ATTORNEYS FOR APPELLEE**
**BRICE VANDER LINDEN & WERNICK,**
**P.C. N/K/A BUCKLEY MADOLE, P.C.**


/s/ Susan A. Kidwell
Susan A. Kidwell